USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 17, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAQUELINE MANGUAL,

    Plaintiff,

-against-

NEW YORK ATHLETIC CLUB OF THE CITY OF NEW YORK and FRANK CASTRO,

    Defendants.

Civil Action No.:
16-cv-5532

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and the same hereby is discontinued with prejudice, without costs or attorney's fees to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned that a facsimile copy of this Agreement shall have the same binding effect as an original thereof.

Dated: New York, New York
       August 11, 2017

PHILLIPS & ASSOCIATES

By: _____
Marjorie Mesidor, Esq.
Brittany A. Stevens, Esq.
*Attorney for Plaintiff*
45 Broadway, Suite 620
New York, New York
Email: mmesidor@tpglaws.com
Email: bstevens@tpglaws.com

KAUFMAN BORGEEST & RYAN LLP

By: _____
Joan M. Gilbride
*Attorneys for Defendants*
120 Broadway, 14th Floor
New York, New York 10271
Telephone: (212) 980-9600
Facsimile: (212) 980-9261
Email: jgilbride@kbrlaw.com

Dated: New York, NY
      August 17, 2017

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE   4353319

Sitting in Part I